WFCC Realty Corp., Petitioner-Landlord-Respondent,
against
Mary Ma, Respondent-Tenant-Appellant.



Tenant appeals from an order of the Civil Court of the City of New York, New York County (Jack Stoller, J.), dated February 10, 2017, which granted landlord's motion for summary judgment of possession in a holdover summary proceeding.




Per Curiam.
Order (Jack Stoller, J.), dated February 10, 2017, reversed, without costs, landlord's motion for summary judgment of possession denied, and matter remanded to Civil Court for further proceedings. (See WFCC Realty Corp. v Huang Hui Zhen, appeals numbered 17-378/380, decided herewith.)
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 25, 2018